THE PEOPLE EX REL. GEORGE W. CUYLER AND OTHERS,
*v.* THE TRUSTEES OF THE VILLAGE OF PALMYRA.

*Tax — certiorari to review — when prematurely granted.*

The writ of certiorari does not issue to inferior courts, tribunals, or officers exer-
cising judicial functions, till the proceedings before them are completed, and a
final determination or adjudication had upon such proceedings.*

CERTIORARI to review certain proceedings had relative to the levy-
ing of a tax by the respondents.

* People v. Sup'rs of Livingston, 43 Barb., 237 ; Lynde v. Noble, 20 Johns., 80.

The court was of opinion that several irregularities had occurred in the proceedings; but, as the respondents had not in fact or form levied any tax, nor corrected or adopted the assessment roll, or signed any warrant, it held that the writ was prematurely granted, and dismissed it with costs.

*Charles McLouth*, for the relators.

*George F. Danforth*, for the respondents.

Opinion by SMITH, J.

Present — MULLIN, P. J., SMITH and DWIGHT, JJ.

Writ dismissed, with costs.